Slip Op. 02-147

UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                       :
ALLEGHENY LUDLUM CORP. et al.,        :
                                       :
           Plaintiffs,                 :
                                       :
      v.                               :
                                       :     Before:  WALLACH, Judge
UNITED STATES OF AMERICA,             :     Court No.: 99-06-00361
                                       :
           Defendant.                  :
                                       :
                                       :
_____ :


**<u>JUDGMENT ORDER</u>**


        Upon consideration of the Consent Motion for Judgment After Remand ("Consent
Motion"), this Court having received and reviewed the United States Department of Commerce,
International Trade Administrations's ("Commerce") <u>Views of the Commission on Remand</u>, and
Commerce having complied with the Court's Remand Order; the Plaintiff having moved for
judgment and the Defendant having consented, and good cause appearing therefore, it is hereby

        ORDERED that Commerce's Remand Determination is in accordance with this Court's
Remand Order of June 18, 2002 and is AFFIRMED; and it is further

        ORDERED that the Consent Motion is GRANTED.


                                        _____
                                        Evan J. Wallach, Judge


Dated:      December 12, 2002
            New York, New York

# ERRATA

*Allegheny Ludlum Corp., et al., v. United States,* Court No. 99-06-00361, Slip Op. 02-147, Dated December 12, 2002.

- Lines 2 and 3: Delete the words "Department of Commerce, International Trade Administration's ("Commerce")" and replace with "International Trade Commission's (the "Commission")"

- Line 4: Delete word "Commerce" and replace with "the Commission"

- Line 6: Delete word "Commerce's" and replace with "the Commission's"

December 18, 2002